IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MAX WRIGHT                                                                                                    PLAINTIFF

v.                                         Case No. 1:16-cv-1058

SERGEANT BEN OPELT, *et al.*                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 31, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 21). Judge Bryant recommends that Defendants' Motion to Dismiss Pursuant to Local Rule 5.5(c)(2) (ECF No. 19) be granted, and that Plaintiff Max Wright's case be dismissed without prejudice due to Plaintiff's failure to prosecute this case, failure to comply with the Federal Rules of Civil Procedure and the Local Rules for the United States District Courts for the Eastern and Western Districts of Arkansas, and failure to comply with the Court's orders.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendants' Motion to Dismiss Pursuant to Local Rule 5.5(c)(2) (ECF No. 19) is hereby **GRANTED**. Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of November, 2016.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge